# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 13-1174** | **September Term, 2012** |
| | CRB-78FR23054 |
| | Filed On: May 20, 2013 [1436801] |

Music Choice,

    Appellant

  v.

Copyright Royalty Board,

    Appellee

------------------------------

Consolidated with 13-1183

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 13-1183 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | June 19, 2013 |
| Statement of Issues to be Raised | June 19, 2013 |

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:    /s/
        Ken R. Meadows
        Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form